UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
CAMERON HANSON,

                                                                       Docket No.: 17 CV 6326
                              Plaintiffs,

  -against-

CITY OF NEW YORK, POLICE OFFICER CHAO,
SERGEANT RONZINO, P.O. JOSE MOREJON, P.O.
MATTHEW STRAWN, DETECTIVE JEREMIAH WILLIAMS,
SERGEANT MEIYUE GONG, et. al.

                              Defendants.
------------------------------------------------------------x

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                                    )ss:
COUNTY OF KINGS       )

    **MOSES OSAYAME**, being duly sworn, deposes and says that I am over the age of Eighteen years and I am not a party in this proceeding; that on 11th day of June, 2018, at 12: 37 p.m. at NYPD-47th PCT, 4111 Laconia Avenue, Bronx, Bronx, New York 10466, State of New York, deponent served the Summons and Complaint on Detective Jeremiah Williams, delivering to and leaving a copy thereof with P.O. Cooper, officer in charge of accepting process, **Male, White**, 29-35 **years old, 5-6"-5-7" feet tall, and weights about 130-150llbs**.

    Deponent further says he knew the person so served to be the officer in charge of of accepting process for the NYPD-47th Precinct.

    That on June 12, 2018, a copy of said Summons and Complaint was mailed to defendant, Detective Jeremiah Williams, at his place of employment, located at the 47th NYPD Pct, 4111 Laconia Avenue, Bronx, New York 10466.

                                                             _____
                                                             Moses Osayame
                                                             Lic. #:2070339

Subscribed and sworn to before
me this  21st  day of June, 2018

_____
Notary Public

                                                          OSONDU ANYADIKE, ESQ.
                                                  Notary Public, State of New York. No.
                                                      02AN6215511
                                            Qualified in Kings County. Commission
                                                Expires Dec., 28, 2018