

**T**HE **C**ITY OF **N**EW **Y**ORK
# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**ZACHARY W. CARTER**
*Corporation Counsel*

**ERIN RYAN**
Assistant Corporation Counsel
Phone: (212) 356-5056
Fax: (212) 356-3509
eryan@law.nyc.gov

November 28, 2018

**BY ECF**
Honorable Ronnie Abrams
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:    <u>Cameron Hanson v. City of New York, et al.</u>, 17-CV-6326 (RA)

Your Honor:

    I am an Assistant Corporation Counsel in the office of Zachary W. Carter, Corporation Counsel of the City of New York, assigned to the defense of the above-referenced matter on behalf of defendants. I write jointly with plaintiff's counsel to inform the Court that the parties have reached a settlement in this matter. The parties also respectfully request that the Court adjourn *sine die* the status conference currently scheduled on November 30, 2018 at 10:15 A.M.

    A Stipulation of Dismissal will be submitted for the Court's endorsement once the parties have fully executed their settlement paperwork.

    Thank you for your consideration.

                          Sincerely,

                          /s/
                        Erin Teresa Ryan
                        Assistant Corporation Counsel
                        Special Federal Litigation

CC:    Philip Akakwam (By ECF)
        *Attorney for Plaintiff*