UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X

CAMERON HANSON,

                                              Plaintiff,

-against-

CITY OF NEW YORK, POLICE OFFICER CHAO,
SERGEANT RONZINO, POLICE OFFICER JOSE
MOREJON, POLICE OFFICER MATTHEW STRAWN,
DETECTIVE JEREMIAH WILLIAMS, SERGEANT
MEIYUE GONG, and JOHN AND JANE DOES,

                                              Defendants.

------------------------------------------------------------------- X

**STIPULATION AND ORDER OF DISMISSAL**

17-CV-6326 (RA)

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/5/2018

      **WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

      **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, that

**REMAINDER OF PAGE INTENTIONALLY LEFT BLANK**

1.   The above-referenced action is hereby dismissed with prejudice.

Dated: New York, New York
       Dec 4, 2018

LAW OFFICE OF PHILIP AKAKWAM
*Attorneys for Plaintiff*
303 Livingston Street, 2nd Floor
Brooklyn, NY 11217

ZACHARY W. CARTER
Corporation Counsel of the
   City of New York
*Attorney for Defendants City of New York, Chao, Ronzino, Strawn, Williams, and Gong*
100 Church Street, 3rd Floor
New York, New York 10007

By: _____
Philip Akakwam
*Attorney for Plaintiff*

By: _____
Erin Ryan
*Assistant Corporation Counsel*

SO ORDERED:

_____
HON. RONNIE ABRAMS
UNITED STATES DISTRICT JUDGE

Dated: _____, 2018

2